STATE BANK v. COHEN.

(Supreme Court, Special Term, New York County.   August 6, 1910.)

MORTGAGES (§ 473*)—RENTS—DISPOSITION ON FORECLOSURE—PARTIES.

On foreclosure by a junior mortgagee, the court will not direct a disposition of rents assigned to the first mortgagee by a prior assignment, unless he is made a party to the proceeding.

[Ed. Note.—For other cases, see Mortgages, Dec. Dig. § 473.*]

On motion for reargument.   Motion denied.

For former opinion, see 123 N. Y. Supp. 747.

GIEGERICH, J.   As it now appears that the rents in question were assigned to the first mortgagee by an assignment prior to those given to the parties to this motion, I do not feel that I should direct a disposition of the money in a proceeding to which the first mortgagee is not a party.   This motion for a reargument is therefore denied, without costs, with leave to renew in the event that the first mortgagee is made a party to the proceeding.   Unless the first mortgagee is made a party to the proceeding, both the pending applications to compel the receiver to turn over the rents will be denied.

Settle order on notice.